## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DIANA SUE McKAY**                                                        **PLAINTIFF**

**V.**                              **CASE NO.: 2:14-CV-2262**

**CAROLYN W. COLVIN, Commissioner**
**Social Security Administration**                                         **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on November 9, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.**  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** on this _8th_ day of January, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE