IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIANA SUE McKAY                                                          PLAINTIFF

V.                              CASE NO.: 2:14-CV-2262

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                            DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 8th day of January, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE